IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GEORGE DANIEL COOPER ) | Case No. 20−31207−KLP |
| GEORGETTA COOPER ) | Chapter 13 |
| ) | |
| Debtors ) | |

## ORDER GRANTING MOTION TO INCUR DEBT

THIS MATTER came to be heard on the Motion to Incur Debt filed by the Debtors; and it

APPEARING TO THE COURT that the Debtors filed this case under Chapter 13 of the U.S. Bankruptcy Code on March 04 2020; and it

FURTHER APPEARING that George Daniel Cooper ("Debtor 1") has applied for and Enterprise RAC Company of Maryland, LLC has approved a loan to Debtor 1 in the amount of $25,962.18 plus interest at 12.47% per annum to be repaid with 72 equal monthly payments of $516.40 for the purchase of a 2019 Nissan Rogue Sport or similar vehicle; Debtor 1 needs to purchase the referenced vehicle as Debtor 1 does not currently have a working vehicle due to a mechanical breakdown, and Debtor 1 needs a replacement vehicle to travel for personal use and other matters; the purchase of the vehicle is in the best interest of the Debtors and will facilitate Debtors' ability to perform under the Chapter 13 Plan filed herein; Debtors' Chapter 13 Plan has been confirmed; and there have been no objections filed to said Motion; and it

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtors*

FURTHER APPEARING that Debtors' Motion to Incur Debt should be granted; it is therefore

ORDERED that Debtors' Motion to Incur Debt be, and the same is hereby granted and Debtor 1 shall be permitted to borrow the amount of $25,962.18 plus interest at 12.47% per annum to be repaid with 72 equal monthly payments of $516.40 for the purchase of a 2019 Nissan Rogue Sport or similar vehicle.

Richmond, Virginia.

Date: Aug 10 2022

/s/ Keith L Phillips
United States Bankruptcy Judge

Entered on Docket: Aug 10 2022

PRESENTED BY:

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtors*

SEEN AND AGREED TO:

/s/ Carl M. Bates
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

## **CERTIFICATION OF COUNSEL**

I hereby certify that this Order has been endorsed by all necessary parties.

/s/ James E. Kane
James E. Kane

**SERVICE LIST**

James E. Kane, Esquire
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219

Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219