IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GEORGE DANIEL COOPER ) | Case No. 20−31207−KLP |
| GEORGETTA COOPER ) | Chapter 13 |
| ) | |
| Debtors ) | |

### ORDER AUTHORIZING SALE OF PROPERTY

THIS MATTER came on the Second Amended Motion and Notice pursuant to Rule 6004 filed by the Debtors for the sale of real property known as 306 Falmouth Drive, Ruther Glen, VA 22546, more particularly described as

> ALL that certain lot, piece or parcel of land, lying, being and situate in Madison Magisterial District, Caroline County, Virginia, and designated as **Lot No. B-Eight Hundred Fifty Four (B-854)**, all as shown and described on a plat of Lake Land'Or Resort Development, which plat is of record in the Clerk's Office of the Circuit Court of Caroline County, Virginia,

(the "Property"); and it

APPEARING TO THE COURT that Debtors filed a Motion and Notice pursuant to Rule 6004 filed for the sale of the Property with notice to the Chapter 13 Trustee and all creditors; and it

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtors*

FURTHER APPEARING that no objections have been filed to said Motion and Notice; it is therefore

ORDERED that Debtor 1 is hereby authorized pursuant to Rule 6004 to sell the Property to Jonathan Burt Howell for the sum of $222,593.62 in accordance with the terms and conditions set forth in the Amended Motion and Notice previously filed herein; and it is

FURTHER ORDERED that an updated payoff shall be requested from Freedom Mortgage Corporation within 1 week from closing, and no sale shall be closed in an amount insufficient to provide for full payoff of the amounts owed to Freedom Mortgage Corporation through the date of settlement; and it is

FURTHER ORDERED that funds sufficient to pay off the full amount owed to the holder of the first priority lien, Freedom Mortgage Corporation, shall be remitted within 48 hours of the closing and within ninety (90) days of the entry of this order; and it is

FURTHER ORDERED that after payment of all liens and encumbrances against the Property and closing costs, the sum of $31,388.45 shall be remitted directly to Carl M. Bates, Chapter 13 Trustee, P.O. Box 1433, Memphis, TN 38101-1433 (Reference Case No. 20-31207) as additional funding of the plan; and the remaining balance, if any, shall be remitted to Debtor; and it is

FURTHER ORDERED that immediately after the closing, the settlement agent shall provide a fully executed copy of the settlement statement to counsel for the Debtors and to the Chapter 13 Trustee.

Richmond, Virginia

Date: Sep 21 2022

/s/ Keith L Phillips
United States Bankruptcy Judge

Entered on Docket: Sep 21 2022

PRESENTED BY:

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtors*

SEEN AND AGREED TO:

/s/ Carl M. Bates
Carl M. Bates, Chapter 13 Trustee
919 E. Main Street, Suite 1601
Richmond, VA 23218
Telephone: (804) 237-6800 (phone)

/s/ Robyn D. Pepin
Robyn D. Pepin (VSB #77784)
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510
Telephone: (757) 625-6787
*Counsel for Freedom Mortgage Corporation*

**CERTIFICATION OF COUNSEL**

I hereby certify that this Order has been endorsed by all necessary parties.

/s/ James E. Kane
James E. Kane

**SERVICE LIST**

James E. Kane, Esquire
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia 23219

Carl M. Bates, Chapter 13 Trustee
919 E. Main Street, Suite 1601
Richmond, VA 23218

Robyn D. Pepin, Esquire
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510